UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x     07 Civ.8843 (RWS)

IESHA S. and MARIA F.,

        Plaintiffs,     ATTORNEY'S DECLARATION OF SERVICE

    - against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

        Defendants.
-------------------------------------------------------------x

    AMANDA MORETTI declares the following under penalty of perjury:

1. I am a staff attorney with the Homeless Rights Project of the Legal Aid Society.

2. On October 15, 2007, I served the conformed Order to Show Cause in this matter on the defendants at the following addresses:

    New York City Law Department
    100 Church Street, 4th Floor
    New York, New York 10007

    New York City Department of Homeless Services
    33 Beaver Street, 17th Floor
    New York, New York 10004

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2007.

                                          /S/_____

                                          AMANDA MORETTI
                                          The Legal Aid Society
                                          199 Water Street, 3rd Floor
                                          New York, New York 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x        07 Civ.8843 (RWS)

IESHA S. and MARIA F.,

       Plaintiffs,        DECLARATION
                                                                  OF SERVICE

    - against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

       Defendants.
-------------------------------------------------------------x

    ROBERT STEVENSON declares the following under penalty of perjury:

    1. I am an investigator/law clerk with the Civil Division of the Legal Aid Society.

    2. On October 15, 2007, I served personally the Summons, Complaint and

Memorandum of Law in this matter on the defendants at the following addresses:

    New York City Law Department
    100 Church Street, 4th Floor
    New York, New York 10007

    New York City Department of Homeless Services
    33 Beaver Street, 17th Floor
    New York, New York 10004

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2007.

                                                /S/_____

                                                ROBERT STEVENSON
                                                The Legal Aid Society
                                                199 Water Street, 3rd Floor
                                                New York, New York 10038