UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IESHA S. and MARIA F.,

          Plaintiffs

   - against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

          Defendants.
------------------------------------------------------------ x

07 Civ. 8843 (RWS)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs Ieasha S. and Maria F.

    I certify that I am admitted to practice in this court.

October 15, 2007

/S/_____
Amanda Moretti AM-9725
THE LEGAL AID SOCIETY
Steven Banks, Attorney-in-Chief
Civil Division Law Reform Unit
Scott Rosenberg, Director
Kenneth Stephens, of Counsel
Amanda Moretti, of Counsel
199 Water Street, 3rd Floor
New York, New York 10038
212/577-3273