USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

IEASHA S. and MARIA F.,

                            Plaintiffs,

       -against-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

                            Defendants.

------------------------------------------------------------------- x

07 CV 8843 (RWS)

**STIPULATION OF SETTLEMENT**

It is hereby stipulated and agreed, by and between the parties, as follows:

1. Plaintiffs' October 15, 2007 Motion for a Preliminary Injunction in the above-captioned matter is discontinued with prejudice, pursuant to the following terms:

    a. Defendants shall re-locate plaintiffs Ieasha S. and Maria F. together with all their possessions to the Aladdin Hotel located at 317 West 45th Street, New York, New York, on Wednesday, October 31, 2007. Transportation will be provided by the Department of Homeless Services ("DHS"). Time of transport will be agreed upon by the parties. No further notice to plaintiffs is required.

    b. DHS agrees to abide by the terms of the Temporary Restraining Order, entered in this matter on October 15, 2007, until October 31, 2007.

2. Facsimile signatures on this document will have the same effect as original signatures.

Dated: October 29, 2007
New York, New York

THE LEGAL AID SOCIETY
Attorneys for Plaintiffs
199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3273

By: _____
AMANDA MORETTI

MICHAEL A. CARDOZO
Corporation Counsel for the
 City of New York
Attorney for Defendants
100 Church Street, Room 2-179
New York, New York 10007
(212) 788-0889

By: _____
ANDREW J. RAUCHBERG
Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.
10.30.07

-2-