

**The Legal Aid Society**
199 Water Street, New York, NY 10038
Tel: (212) 577-3530  Fax: (212) 509-8753
www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*

Civil Practice
Adriene L. Holder
*Attorney-in-Charge*

November 5, 2007

**By Facsimile and Hand Delivery**

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

RECEIVED NOV 5 2007 JUDGE SWEET CHAMBERS

Re: Icasha S. v. City et. al. (07 Civ. 8843)

Dear Judge Sweet:

I write to clarify plaintiffs' response to defendants' request for an extension of time to move or respond in this matter.

Counsel for the defendants contacted me on Friday, November 2, 2007 regarding defendants' November 5 deadline for submission of an Answer to the Complaint in this matter. I advised counsel that we were prepared to consent to a two week extension so long as the City defendants proceeded to respond to discovery requests issued on October 24, 2007. As counsel for the defendants is aware, Plaintiffs' concern is that the parties have something to report to the Court at the November 28, 2007 status conference. In the event that defendants' extension request is granted, we respectfully request that the Court direct defendants to respond to plaintiffs' outstanding discovery requests, which were issued pursuant to the Court's March 17, 2007 order.

Thank you for your consideration in this matter.

Very truly yours,

Amanda Moretti

So ordered.
[signature]
11-5-07

cc: Andrew Rauchberg, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07