



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Andrew J. Rauchberg<br>phone: 212-788-0889<br>fax: 212-788-0940<br>email: arauchbe@law.nyc.gov |

November 2, 2007

**BY HAND**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07

Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

      Re: <u>Ieasha S. and Maria F. v. City of New York and NYC DHS</u>, 07 Civ. 8843

Dear Judge Sweet,

      I write to respectfully request an extension of time to answer or move with respect to the complaint in the above-referenced matter from November 5, 2007 until December 5, 2007. This is the first such request defendants have made. I have spoken with Plaintiffs' counsel, Amanda Moretti of the Legal Aid Society, who refused to consent to this request. Plaintiffs' counsel only would consent to a significantly shorter extension, and conditioned that consent on terms that defendants find unacceptable.

      As Your Honor may recall, this action raises significant issues with respect to the pre-transfer rights of disabled individuals from shelters operated by the Department of Homeless Services and concerning plaintiffs' individual circumstances. An extension of time to respond to the complaint should give this office sufficient time to fully investigate plaintiffs' allegations, research the applicable law and craft an appropriate response. Further, as plaintiffs have already been transferred to the Aladdin Hotel pursuant to a Stipulation of Settlement "so-ordered" by Your Honor on October 30, 2007, plaintiffs will not be prejudiced by the proposed extension. Accordingly, defendants respectfully ask for an extension of time to December 5, 2007, to respond to the complaint.

*So ordered.*
*[signature] TWS DJ*
*11-5-07*

Thank you for your consideration of this request.

Sincerely,

Andrew J. Rauchberg
Assistant Corporation Counsel

cc: Amanda Moretti, Esq.
The Legal Aid Society
Homeless Rights Project
199 Water Street, 3rd Floor
New York, New York 10038
(via fax)