UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IEASHA S. and MARIA F. and
OLGA C.M.,

           Plaintiffs,

07 Civ.8843 (RWS)

**ORDER TO SHOW CAUSE**

- against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

           Defendants.
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

    Upon the annexed declarations of OLGA C.M., sworn to on November 13, 2007, and KENNETH R. STEPHENS, sworn to on November 16, 2007, and the accompanying memorandum of law, and the Amended Complaint filed in this action, it is

    **ORDERED**, that the defendant or its attorneys show cause before this Court in Room 18C in the United States Courthouse, 500 Pearl Street, New York, New York, on the 19th day of November, 2007 at 12:30 o'clock in the afternoon noon of that day or as soon thereafter as counsel may be heard, WHY an order should not be made:

    (1) preliminarily enjoining defendants CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES from involuntarily transferring plaintiff OLGA C.M. and her son from the Parkview homeless shelter; and

    (2) granting such other and further relief as may be just and proper.

    **ORDERED**, pursuant to Rule 65 of the Federal Rules of Civil Procedure and pending the

hearing of this motion, that defendants CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES shall:

>Refrain from involuntarily transferring Plaintiff Olga C.M. and her son from the Parkview homeless shelter pending a hearing on this matter

>Sufficient reason appearing therefore, it is further **ORDERED** that personal service of a copy of this order and the papers upon which it was granted on defendant, on or before _5_ o'clock in the _after_ noon of the _16th_ day of _November_ 2007, shall constitute sufficient service.

Dated: New York, New York

November 16, 2007

_____

UNITED STATES DISTRICT JUDGE