SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IEASHA S. and MARIA F.      Plaintiff,
and OLGA C.M.

                                           7  cv  8843    (RWS)

         - against -
CITY OF NEW YORK and        Defendant.     ORDER FOR ADMISSION
NEW YORK CITY                              PRO HAC VICE
                                           ON ORAL MOTION

Upon the oral motion of __Kenneth Stephens__ attorney for __Plaintiffs__ and said sponsor attorney's affidavit declaration that applicant __Amy Mulzer__ is a member in good standing of the bar(s) of the state(s) of __New York__ ;

and that applicant's contact information is as follows (please print):

| | |
|---|---|
| Applicant's Name: | Amy Mulzer |
| Firm Name: | The Legal Aid Society |
| Address: | 199 Water Street 3rd Floor |
| City/State/Zip: | New York, NY 10038 |
| Telephone/Fax: | (212) 577-3515 |
| Email Address: | ammulzer@legal-aid.org |

RECEIVED NOV 2 1 2007 JUDGE SWEET CHAMBERS

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11-26-07

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Plaintiffs__ in the above entitled action;

IT IS HEREBY ORDERED that __Amy Mulzer__ , is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: _____
City, State: _____

_____
United States District/Magistrate Judge
11·21·07

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

IEASHA S. and MARIA F.,
and OLGA C.M.,

                Plaintiffs

    - against -

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

                Defendants.
------------------------------------------------------------- x

07 Civ. 8843 (RWS)

AFFIDAVIT OF KENNETH
STEPHENS IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE

KENNETH STEPHENS, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at the Legal Aid Society, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Amy Mulzer as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Amy Mulzer since October 2006.

4. Amy Mulzer is of counsel to the Legal Aid Society.

5. I have found Amy Mulzer to be a skilled attorney and a person of integrity.

6. Accordingly, I am pleased to move the admission of Amy Mulzer, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Amy Mulzer, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Amy Mulzer, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 11/19/07
City, State: NY, NY
Notarized:

*Jane Sujen Bock*

JANE SUJEN BOCK
Notary Public, State of New York
No. 02BO6096445
Qualified in New York County
Commission Expires Oct. 1, 2010

Respectfully submitted,

*Kenneth Stephens*
Kenneth Stephens
SDNY Bar Code: KS 7914