SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IEASHA S. and MARIA F., and  Plaintiff,
OLGA C.M.

RECEIVED
NOV 2 1 2007
JUDGE SWEET CHAMBERS

7    cv  8843    ( rsw )

- against -
CITY OF NEW YORK  et. al    Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of ____KENNETH STEPHENS____ attorney for
____IEASHA S. and MARIA F., and OLGA C.M.____ and said sponsor attorney's affidavit

declaration that applicant ____Brooke Ashner Drew____ is a member in good standing of
the bar(s) of the state(s) of ____New York____ ;

and that applicant's contact information is as follows (please print):

|  |  |
|---|---|
| Applicant's Name: | Brooke Ashner Drew |
| Firm Name: | The Legal Aid Society |
| Address: | 199 Water Street |
| City/State/Zip: | New York, NY 10038 |
| Telephone/Fax: | (212) 577-3330 |
| Email Address: | Brooke.Drew.1@gmail.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-26-07

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
____IEASHA S. and MARIA F., and OLGA C.M.____ in the above entitled action;

**IT IS HEREBY ORDERED that** ____Brooke Ashner Drew____ , is admitted to

practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: ____11/20/2007____
City, State: ____New York, NY____

United States District/Magistrate Judge
11-21-07

FOR OFFICE USE ONLY: FEE PAID $ _____    SDNY RECEIPT# _____
SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IEASHA S. and MARIA   Plaintiff,
F., and OLGA C.M.

- against -

CITY OF NEW YORK   Defendant.
et. al

7   cv 8843   (rsw)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  KENNETH STEPHENS  a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Brooke Ashner Drew |
| Firm Name: | The Legal Aid Society |
| Address: | 199 Water Street |
| City/State/Zip: | New York, NY 10038 |
| Phone Number: | (212) 577-3330 |
| Fax Number: | (212) 509-8753 |

Brooke Ashner Drew                             is a member in good standing of the Bar of the States of

New York

There are no pending disciplinary proceeding against  Brooke Ashner Drew
in any State or Federal court.

Dated:   11/20/2007
City, State: New York, NY

Respectfully submitted

Sponsor's
SDNY Bar
Firm Name:  Legal Aid Society
Address:   199 Water Street
City/State/Zip:  New York, NY 10038
Phone Number: (212) 577- 3988
Fax Number:  (212) 509 - 8753

SDNY Form Web 10/2006