

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Andrew J. Rauchberg
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov



December 3, 2007

**BY HAND**

Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007



Re: Ieasha S., Maria F., and Olga C.M. v. City of New York and NYC DHS
07 Civ. 8843

Dear Judge Sweet,

I write to respectfully request an extension of time to answer or move with respect to the amended complaint in the above-referenced matter from December 5, 2007 to December 19, 2007. This is the second such request defendants have made, but the first since the complaint was amended on November 14, 2007, to include claims relating to additionally-named plaintiff Olga C.M. The original date to respond to the complaint was November 5, 2007, but Your Honor granted defendants' first request for an extension. I have spoken with Plaintiffs' counsel, Kenneth Stephens of the Legal Aid Society, and he has consented to this request.

As Your Honor will recall, the parties have been enmeshed in discussions and a two-day hearing regarding the temporary restraining order that is currently in place with respect to the C.M. family. The process has raised some of the larger issues that pertain to this case, and the parties will be submitting papers and having additional arguments this week. An extension of time to respond to the amended complaint should enable this office to devote an appropriate amount of time to that aspect of the case, and then properly address both the complaint's original allegations, and those added when the complaint was amended. Accordingly, defendants respectfully ask for an extension of time to December 19, 2007, to respond to the amended complaint.

So ordered
Sweet USDJ
12-4-07

Thank you for your consideration of this request.

Sincerely,

Andrew J. Rauchberg
Assistant Corporation Counsel

cc:  Kenneth Stephens, Esq.
    The Legal Aid Society
    Homeless Rights Project
    199 Water Street, 3rd Floor
    New York, New York 10038
    (via fax)