



THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Andrew J. Rauchberg**
phone: 212-788-0889
fax: 212-788-0940
email: arauchbe@law.nyc.gov

December 17, 2007



**BY HAND**

Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

   Re: Ieasha S., Maria F., and Olga C.M. v. City of New York and NYC DHS
     07 Civ. 8843

Dear Judge Sweet,

   I write to respectfully request an extension of time for the defendants to answer or move with respect to the amended complaint in the above-referenced matter from December 19, 2007 to January 25, 2008. This is the third such request defendants have made (the second since the complaint was amended on November 14, 2007 to include claims relating to plaintiff Olga C.M.). The original date to respond to the complaint was November 5, 2007, but Your Honor granted defendants' two previous requests for an extension. I have spoken with Plaintiffs' counsel, Kenneth Stephens of the Legal Aid Society, and he has consented to this request.

   The parties have been discussing the effect that the disposition of plaintiff Olga C.M.'s motion for a preliminary injunction has on the case. The proposed extension should give the parties sufficient time to determine which claims, if any, shall remain, and give the defendants time to appropriately respond. Accordingly, defendants respectfully ask for an extension of time to January 25, 2008, to respond to the amended complaint.

So ordered
Sweet USDJ
12·19·07

Thank you for your consideration of this request.

Respectfully,

Andrew J. Rauchberg
Assistant Corporation Counsel

cc: Kenneth Stephens, Esq.
The Legal Aid Society
Homeless Rights Project
199 Water Street, 3rd Floor
New York, New York 10038
(via fax)