UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Ieasha S, Maria F

-v.-

NYC

------------------------------------------------------------X

07 Civ. 8843 (RWS)

Please be advised that the conference scheduled for _Feb 6, 08_ has been rescheduled to _Feb 27, 08_ at _4:30pm_ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
1/28/08

_____
ROBERT W. SWEET
United States District Judge