UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Teasha S.,
Maria F.,
　　　　　-v.-                                                        : 07 Civ. 8843 (RWS)

New York City
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

Please be advised that the conference scheduled

for  Feb 27, 08   has been rescheduled to

April 2, 08  at  4:30pm   in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York
2/25/08

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROBERT W. SWEET
　　　　　　　　　　　　　　　　　　　　　United States District Judge