

## The Legal Aid Society
199 WATER STREET NEW YORK, NY 10038 TEL: 212-577-3300 FAX: 212/809-1574 www.legal-aid.org



RECEIVED
FEB 2 2 2008
JUDGE SWEET CHAMBERS

Theodore A. Levine
*President*

Steven Banks
*Attorney-in-Chief*

February 22, 2008

By Facsimile 212 805-7925

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

Re: Ieasha S. v. City et. al. (07 Civ. 8843)

Your Honor:

We write regarding defendants' February 22, 2008 request for "suspension" of today's deadline for the defendants to answer or move with respect to plaintiffs' First Amended Complaint. After conferring with defendants' counsel, plaintiffs and defendants have agreed to an extension of time of one week, until February 29, 2008, to Answer or respond to the First Amended Complaint.

We therefore request that the Court enter an Order on consent granting defendants' request to the extent that they are permitted an extension of time to Answer or respond to the Amended Complaint no later than February 29, 2008.

Thank you for your consideration in this matter.

Very truly yours,

Kenneth R. Stephens
Staff Attorney

cc: Andrew Rauchberg, Esq.

So ordered
*[signature]* USDJ
2/27/08