UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IEASHA S. and MARIA F. and
OLGA C.M.,

                Plaintiffs,

          -against-

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

07 Civ. 8843 (RWS)

**PROPOSED**
**DISCOVERY ORDER**

      Upon considering the submissions of both parties and the foregoing proceedings, it is hereby ordered as follows:

      1. Defendants ~~are directed to~~ will produce Daniel Blanco and Dr. Dova Marder, whose deposition notices were dated May 15, 2008, for depositions to be scheduled by mutual agreement of the parties.

      2. If plaintiffs deem it necessary to depose the Directors of the Starbright and Parkview shelters and/or to visit the Millenium and Eddie Harris Shelters, defendants are directed to comply with properly and timely issued discovery request regarding these subjects. [handwritten edits: notices may be served and any appropriate application with respect to such notice may be submitted.]

      3. All discovery in this matter is to be completed no later than September 30, 2008.

SO ORDERED:

Dated: New York, New York
       June /2, 2008

                                              _____
                                              ROBERT W. SWEET
                                              United States District Judge