13:21   2125098753                THE LEGAL AID SOCIETY                PAGE 04/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IEASHA S. and MARIA F. and
OLGA C.M.,

                Plaintiffs,                  07 Civ. 8843 (RWS)

      -against-                       ~~PROPOSED~~

                                      **DISCOVERY ORDER**

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES,

                Defendants.
------------------------------------------------------------X

      Upon the foregoing proceedings, it is hereby ordered as follows:

      1. Defendants are directed to produce documents responsive to plaintiffs' October 24, 2007 and November 20, 2007 document requests and/or assert specific objections and identify claimed privileges no later than ~~July 31~~ 9/3, 2008;

      2. Defendants are directed to complete production of documents responsive to plaintiffs' requests made at the May 18, 2008 James deposition and memorialized by letter dated May 21, 2008; and

      3. Defendants are directed to produce Daniel Blanco, whose deposition notice was dated May 15, 2008, for a deposition to be scheduled by mutual agreement of the parties no later than August ~~20~~ 27, 2008.

SO ORDERED:

Dated: New York, New York
        July   , 2008

                                                ROBERT W. SWEET
                                               United States District Judge

                                                   8-13-08