


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ANDREW J. RAUCHBERG
Room 2-179
Tel.: 212-788-0889
Fax: 212-788-0940
(not for service)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

August 19, 2008

**BY FAX**

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

So ordered
Sweet USDJ
8-20-08

      Re: <u>Ieasha S. and Maria F., and Olga C.M. v. City of New York and NYC DHS</u>
          07 Civ. 8843 (RWS)

Dear Judge Sweet:

      I am the Assistant Corporation Counsel assigned to represent defendants in the above-referenced action. On August 14, 2008, Your Honor issued an order which, among other things, directed defendants to produce Daniel Blanco for a deposition by August 27, 2008. After some discussion, counsel for both sides have agreed that September 10, 2008 is preferable. I write on behalf of both parties to request Your Honor's approval to conduct the deposition on September 10, 2008, or such other date as the parties may mutually agree.

      Thank you for consideration of this request.

                                            Respectfully submitted,

                                            Andrew Rauchberg
                                            Assistant Corporation Counsel

cc:    Kenneth Stephens, Esq.
       (by fax)